UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 OCT 24  P 3: 59

US

BERNARD DAVIS
v.                                                      PRISONER
                             Case No. 3:03CV582 (DJS)

OFFICER C. ROBINSON
OFFICER TERRENCE ROONEY
OFFICER HECTOR TEIXEIRA
CITY OF BRIDGEPORT

<u>ORDER</u>

To enable the U.S. Marshal to serve the amended complaint on the defendants, plaintiff is directed to complete the enclosed 285 U.S. Marshal service forms. Plaintiff is directed to complete two forms for defendants Robinson, Rooney and Teixeira. One form should be addressed to the defendant c/o City Clerk of the city in which he or she works and will be used to serve that defendant in his or her official capacity. Plaintiff must provide the address of the appropriate City Clerk on these forms. The other form should be addressed to the defendant using an address at which the defendant may be found. The second form will be used to serve the defendant in his or her individual capacity. Plaintiff is also directed to complete one form for defendant City of Bridgeport. The form should be addressed c/o City Clerk of the City of Bridgeport with the appropriate street address for the Bridgeport City Clerk.

Plaintiff shall also submit SEVEN copies of the amended complaint. In addition, the plaintiff shall complete one Notice of Lawsuit and Waiver of Service of Summons form and one Waiver of Service of Summons form for each of the following defendants:

Robinson, Rooney and Teixeira. The plaintiff shall complete and return the enclosed forms and copies of the amended complaint within twenty days of the date of this order. Plaintiff is cautioned that failure to return the forms and/or copies of the amended complaint in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, may result in the dismissal of this case as to any defendant for whom a form or copy is not returned, without prejudice and without further notice from this court.

Upon receipt of the Marshal forms, the Clerk is directed to prepare a summons for the defendants in their official capacities. The Clerk shall then forward all of the appropriate papers to the U.S. Marshal. The U.S. Marshal is directed to serve the complaint on all of the defendants in their official capacities and on defendants Robinson, Rooney and Teixeira in their individual capacities and to file a return of service within **sixty days** of the date the U.S. Marshal receives the service papers from the Clerk's Office.

Each defendant is hereby ordered to file an appearance within **sixty (60)** days from the date he or she signs a waiver of service of summons.

SO ORDERED.

Entered in Bridgeport, Connecticut, this 22 of October, 2003

Holly B. Fitzsimmons
United States Magistrate Judge