FILED

United States District Court
District of Connecticut

2004 APR 16 P 1:09

U.S. DISTRICT COURT
BRIDGEPORT. CONN

Bernard DAVis
          vs.
C. Robinson ET.AL.

DAVis v. Robinson ET.AL.
CASE NO: 3:03 CV 582(DJS)(TPS)

Motion to Accept Return of 285 U.S. MARshall
Service Forms with Reason For Lateness:

1. Plaintiff requests that this honorable
   court excuse the lateness of Returned
   285 U.S. Marshall Service Forms for the
   Following Reasons :

         A. Plaintiff received order from
            the court 14 days later from
            the date of the order.

         B. Plaintiff had no control of the
            sequence of events that are
            depicted in section②Titled,
            " Statement of Facts that
            resulted in lateness of Order
            Response" of this Motion.

2. " STatement of Facts that Resulted in
   Lateness of Order Response"

1. On 10·22·03 , United States
   magistrate Judge Holly B.
   Fitzsimmons distributed an order
   to Plaintiff stating ,"The Plaintiff
   shall complete and return the enclosed
   forms and copies of the Amended
   Complaint within 20 days of the
   date of this order. Date is 10·22·03
   of this order (Exhibit"A" BackPage Underline)

2. Order was filed on 10·24·03 . 2 days
   later at 3:59p.m from signing of order.
   (Exhibit"B" FrontPage circled)

3. Order was mailed to Plaintiff on
   10·31·03 . 9 days later from the
   signing of Order. (Exhibit "C" circled)
                    (copy of Envelope )

4. The CORRECtional Institution recieved
   the Legal mail containing said order

on 11•4•03 , 13 days later from the signing of said order . (Exhibit "D" Face of Envelope/ circled)

5. Plaintiff personally received order on 11•5•03 making it a total of 14 days that has expired off of the 20 days that Plaintiff had to respond within per direction of the order.

3. Plaintiff motions the court to grant and excuse lateness of the return of said 285 U.S. Marshall Forms in that it was out of Plaintiffs control

x Bernard Davis 11-14-03

I Attest under Penalty of Perjury Pursuant
to Federal Law that the Forgoing motion
is factual and true on this ___14th___ day
of _November_ year _2003_

X _Bernard Davis_ 11-14-03

Exhibit "A"

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2003 OCT 24  P 3: 59

BERNARD DAVIS
    v.
                                        PRISONER
                        Case No.  3:03CV582 (DJS)(TPS )

OFFICER C. ROBINSON
OFFICER TERRENCE ROONEY
OFFICER HECTOR TEIXEIRA
CITY OF BRIDGEPORT

## ORDER

To enable the U.S. Marshal to serve the amended complaint on the defendants,

plaintiff is directed to complete the enclosed 285 U.S. Marshal service forms.  Plaintiff is

directed to complete two (2) forms for defendants Robinson, Rooney and Teixeira. One

form should be addressed to the defendant c/o City Clerk of the city in which he or she

works and will be used to serve that defendant in his or her official capacity.  Plaintiff

must provide the address of the appropriate City Clerk on these forms. The other form

should be addressed to the defendant using an address at which the defendant may be

found. The second form will be used to serve the defendant in his or her individual

capacity.   Plaintiff is also directed to complete one form for defendant City of

Bridgeport.  The form should be addressed c/o City Clerk of the City of Bridgeport with

the appropriate street address for the Bridgeport City Clerk.

Plaintiff shall also submit SEVEN copies of the amended complaint.  In addition,

the plaintiff shall complete one Notice of Lawsuit and Waiver of Service of Summons

form and one Waiver of Service of Summons form for each of the following defendants:

Robinson, Rooney and Teixeira. The plaintiff shall complete and return the enclosed forms and copies of the amended complaint within twenty days of the date of this order. Plaintiff is cautioned that failure to return the forms and/or copies of the amended complaint in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, may result in the dismissal of this case as to any defendant for whom a form or copy is not returned, without prejudice and without further notice from this court.

Upon receipt of the Marshal forms, the Clerk is directed to prepare a summons for the defendants in their official capacities. The Clerk shall then forward all of the appropriate papers to the U.S. Marshal. The U.S. Marshal is directed to serve the complaint on all of the defendants in their official capacities and on defendants Robinson, Rooney and Teixeira in their individual capacities and to file a return of service within **sixty days** of the date the U.S. Marshal receives the service papers from the Clerk's Office.

Each defendant is hereby ordered to file an appearance within **sixty (60)** days from the date he or she signs a waiver of service of summons.

SO ORDERED.

Entered in Bridgeport, Connecticut, this _2 2_ of _October_, 2003

Holly B. Fitzsimmons
United States Magistrate Judge

"Exhibit B"

①

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BERNARD DAVIS
v.

OFFICER C. ROBINSON
OFFICER TERRENCE ROONEY
OFFICER HECTOR TEIXEIRA
CITY OF BRIDGEPORT

PRISONER
Case No. 3:03CV582 (DJS) (TPS)

FILED
2003 OCT 24 P 3: 59

## ORDER

To enable the U.S. Marshal to serve the amended complaint on the defendants,

plaintiff is directed to complete the enclosed 285 U.S. Marshal service forms. Plaintiff is

directed to complete two forms for defendants Robinson, Rooney and Teixeira. One

form should be addressed to the defendant c/o City Clerk of the city in which he or she

works and will be used to serve that defendant in his or her official capacity. Plaintiff

must provide the address of the appropriate City Clerk on these forms. The other form

should be addressed to the defendant using an address at which the defendant may be

found. The second form will be used to serve the defendant in his or her individual

capacity. Plaintiff is also directed to complete one form for defendant City of

Bridgeport. The form should be addressed c/o City Clerk of the City of Bridgeport with

the appropriate street address for the Bridgeport City Clerk.

Plaintiff shall also submit SEVEN copies of the amended complaint. In addition,

the plaintiff shall complete one Notice of Lawsuit and Waiver of Service of Summons

form and one Waiver of Service of Summons form for each of the following defendants:

Robinson, Rooney and Teixeira.  The plaintiff shall complete and return the enclosed forms and copies of the amended complaint within twenty days of the date of this order. Plaintiff is cautioned that failure to return the forms and/or copies of the amended complaint in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, may result in the dismissal of this case as to any defendant for whom a form or copy is not returned, without prejudice and without further notice from this court.

Upon receipt of the Marshal forms, the Clerk is directed to prepare a summons for the defendants in their official capacities.  The Clerk shall then forward all of the appropriate papers to the U.S. Marshal.  The U.S. Marshal is directed to serve the complaint on all of the defendants in their official capacities and on defendants Robinson, Rooney and Teixeira in their individual capacities and to file a return of service within **sixty days** of the date the U.S. Marshal receives the service papers from the Clerk's Office.

Each defendant is hereby ordered to file an appearance within **sixty (60)** days from the date he or she signs a waiver of service of summons.

SO ORDERED.

Entered in Bridgeport, Connecticut, this _2 2_ of _October_, 2003

Holly B. Fitzsimmons
United States Magistrate Judge

U.S. POSTAGE
PB 2236747
$02.210
OCT 31 03
06604
1430
0265
9397
FROM ZIP CODE

DATE Mailed ↓

Exhibit "C" FAce of Envelope

*US*
1430  U.S. POSTAGE  PB 2236747 *
0265  $02.21  OCT 31 03 *
9397  FROM ZIP CODE  06604

Exhibit "D" - Cycled Rec'D by Installation