**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: Bernard Davis | COURT CASE NUMBER: 3:03CV582(DJS)(TPS) |
| DEFENDANT: Officer C. Robinson | TYPE OF PROCESS: Summons & Amended Complaint |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Officer C. Robinson c/o City Clerk of Bridgeport
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 45 Lyon Ter. City Hall RM 204 BPT, Conn. 06604

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Bernard Davis #228814
Corrigan Corr, Inst
986 Norwich New London TPKE
Uncasville, CT. 06382

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Official Capacity / IFP

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
X Bernard Davis
TELEPHONE NUMBER: None
DATE: 11-13-03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | G. l. W. | 5/6/04 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 5/12/04   Time: 12:20 pm

Signature of U.S. Marshal or Deputy: A. Sajunto

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | — | — | 45.00 | | 45.00 |

REMARKS:

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

## RETURN OF SERVICE

Service was made by me on:[1]    Date: 5/12/04

Name of Server (print): Iaquinto    Title: DUSM

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant at: 300 Congress St, Bpt, Ct

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 5/12/04
Date

Signature of Server: A. Iaquinto

Address of Server: 915 Lafayette Blvd, Bpt, Ct

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

BERNARD DAVIS

V.

OFFICER C. ROBINSON, ET AL

**SUMMONS IN A CIVIL ACTION**

PRISONER

CASE NUMBER: 3:03cv582(DJS)(TPS)

TO: OFFICER C. ROBINSON (OFFICIAL CAPACITY)
c/o CITY CLERK OF BRIDGEPORT
45 LYON TERRACE, CITY HALL, ROOM 204
BRIDGEPORT, CT 06604

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

BERNARD DAVIS #228814
CORRIGAN CORRECTIONAL INSTITUTION
986 NORWICH-NEW LONDON TURNPIKE
UNCASVILLE, CT 06382

an answer to the complaint which is herewith served upon you, within __20__ day(s) after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Kevin F. Rowe
CLERK

Mary E. Larsen  /s/ Mary E. Larsen
By Deputy Clerk

May 3, 2004
Date

ATTESTED TO AS A TRUE COPY
ON THIS DATE MAY - 3 2004
BY /s/ Mary E. Larsen
Deputy Clerk

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| BERNARD DAVIS | 3:03CV582 (DJS)(TPS) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| OFFICER C. RUBINSON | SUMMONS + AMENDED Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
OFFICER Hector TEIXEIRA c/o CITY CLERK of BPT

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 45 LYON TER. CITY HALL RM 204 BPT, CONN. 06604

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

BERNARD DAVIS #228814
CORRIGAN CORR. INST.
986 NORWICH NEW London PKE
UNCASVILLE, CONN. 06382

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

OFFICIAL CAPACITY / IFP

Signature of Attorney or other Originator requesting service on behalf of: X PLAINTIFF ☐ DEFENDANT
X Bernard Davis    TELEPHONE NUMBER: NONE    DATE: 11·03·03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin: 14 | District to Serve: 14 | Signature of Authorized USMS Deputy or Clerk: O.I.W | Date: 5/6/04

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 5/12/04   Time: 12:20 pm
Signature of U.S. Marshal or Deputy: A. Jacinto

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45⁰⁰ | — | — | 45⁰⁰ | — | 45⁰⁰ |

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

## RETURN OF SERVICE

Service was made by me on:[1] _Anthony Iagunto_  Date _5/12/04_

Name of Server (print)  Title _DUSM_

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: _300 Congress St., Bpt., Ct_

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _5/12/04_  Signature of Server _A. Iagunto_
Date

Address of Server _915 Lafayette Blvd, Bpt, Ct_

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

BERNARD DAVIS

V.

OFFICER C. ROBINSON, ET AL

**SUMMONS IN A CIVIL ACTION**

PRISONER

CASE NUMBER: 3:03cv582(DJS)(TPS)

TO: OFFICER HECTOR TEIXEIRA (OFFICIAL CAPACITY)
c/o CITY CLERK OF BRIDGEPORT
45 LYON TERRACE, CITY HALL, ROOM 204
BRIDGEPORT, CT 06604

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

BERNARD DAVIS #228814
CORRIGAN CORRECTIONAL INSTITUTION
986 NORWICH-NEW LONDON TURNPIKE
UNCASVILLE, CT 06382

an answer to the complaint which is herewith served upon you, within __20__ day(s) after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Kevin F. Rowe
CLERK

Mary E. Larsen
By Deputy Clerk

May 3, 2004
Date

ATTESTED TO AS A TRUE COPY
ON THIS DATE MAY - 3 2004
BY: Mary E. Larsen
Deputy Clerk